**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JAMIE DUBROVAY, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>THE WIRBICKI LAW GROUP, LLC, )<br>BAYVIEW LOAN SERVICING, LLC )<br>AND THE BANK OF NEW YORK )<br>MELLON f/k/a THE BANK OF NEW )<br>YORK AS TRUSTEE FOR THE )<br>CERTIFICATE HOLDERS OF CWALT, )<br>INC., ALTERNATIVE LOAN TRUST )<br>2007-3T1, MORTGAGE PASS- )<br>THROUGH CERTIFICATES, SERIES )<br>2007-3T1, )<br>)<br>Defendants. ) | Case No. 18-cv-6747<br><br>Hon. Martha M. Pacold |

**JOINT STATUS REPORT**

Plaintiff and Defendants, by and through counsel, file this Joint Status Report pursuant to the Third Amended General Order 20-0012 issued by the Chief Judge of the U.S. District Court for the Northern District of Illinois on April 24, 2020 relating to the Coronavirus COVID-19 Public Emergency:

A. The parties have issued and responded to initial written discovery but have not taken depositions. The parties sought a stay of discovery from this court pending the resolution of an underlying Illinois state court appellate case, *The Bank of New York Mellon, et. al. vs. Jaeson Dubrovay, et. al.*, 2-19-0540, currently pending in the Appellate Court of Illinois- Second District. This court granted the agreed motion on October 10, 2020, and ordered the parties to suspend discovery until the state appellate court issued an opinion in the underlying case. As of the date of this status report, no opinion has been issued.

B. There are no unresolved motions at this time.

C. The parties have exchanged settlement positions and engaged in a settlement conference with Magistrate Sheila M. Finnegan on June 28, 2019, but were unable to reach a settlement. The parties are open to settlement but are awaiting the resolution of the underlying state appellate case.

D. The parties request this court continue the stay of discovery pending the resolution of the state court appeal and will promptly notify the court when the opinion is issued.

E. The parties propose no new discovery schedule at this time but will propose a discovery schedule when the state appellate court issues its opinion.

F. The parties request that the court continue the agreed-upon stay of discovery.

G. The parties do not believe that a telephonic conference is necessary at this time but will timely inform the court if this position changes.

For Plaintiff

s/ *Bryan Paul Thompson*
Bryan Thompson
Robert Harrer
CHICAGO CONSUMER LAW CENTER, P.C.
111 West Washington Street
Suite 1360
Chicago, IL 60602
Tel. (312) 858-3239 | Fax (312) 610-5646
bryan.thompson@cclc-law.com
rob.harrer@cclc-law.com

Daniel Brown
Main Street Attorney, LLC
PO Box 247
Chicago, IL 60690
P: (773) 453-7410
F: (773) 453-6420
E: daniel@mainstreetattorney.com

*For Defendants Bayview Loan Servicing, LLC and The Bank of New York Mellon*

s/ *Robert E. Haney*
James V. Noonan #6200366
Robert E. Haney #6189905
Noonan & Lieberman, Ltd.
105 W. Adams, Suite 1800
Chicago, IL 60603
312-431-1455
jnoonan@noonanandlieberman.com
rhaney@noonanandlieberman.com

*For Defendant the Wirbicki Law Group*

s/ *David A. Drescher*_____
David Drescher
The Wirbicki Law Group LLC
Attorney for Defendant
33 W. Monroe St., Suite 1140
Chicago, IL 60603
Phone: 312-360-9455
Fax: 312-572-7823

### CERTIFICATE OF SERVICE

     I, Bryan Paul Thompson, hereby certify that on Friday, May 15, 2020, I caused a true and accurate copy of the foregoing document to be filed via the courts CM/ECF online system, which sent notice via email to all counsel of record.

                                       Respectfully submitted,

                                       By:  s/ *Bryan Paul Thompson*
                                                 One of Plaintiff's Attorneys